

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

NOV 17 2017

OFFICE OF CHEMICAL SAFETY
AND POLLUTION PREVENTION

Mr. Gary Frazer
Assistant Director
U.S. Fish and Wildlife Service
Ecological Services
5275 Leesburg Pike
Falls Church, VA 22041-3803

Dear Mr. Frazer,

Thank you for your letter requesting additional information to complete formal consultation on the Biological Evaluations (BEs) for chlorpyrifos, malathion, and diazinon, which were finalized on January 18, 2017.

As you are aware, the BEs were developed with Services oversight and included all information and analyses as requested by the National Marine Fisheries Service (NMFS) and Fish and Wildlife Service (FWS) during their development. We understand, however, that in the course of our consultation, FWS has indicated that additional information regarding use and usage information could be of value in the development of the FWS biological opinions (BiOps). We will treat your letter as a request for additional information as described in section 402.14(f) of the FWS regulations and not a request to revise the EPA BEs with additional information under section 402.46(b). This is consistent with the regulations that require requests from FWS for additional information to be submitted within 45 days of EPA providing the BE to FWS (50 CFR Part 402). Accordingly, any agreement from EPA to supplement the consultation should not be viewed as EPA's agreement to either revise or withdraw its final BEs.

We are pleased that the utility of the use and usage information is being reconsidered, and we anticipate being able to provide this information within approximately 6 months.
Use information (*e.g.*, maximum application rate, number of allowed applications, etc.) is extracted directly from product labels whereas usage information describes where, when, and how a pesticide is actually being used based on survey information. In order to provide the requested use and usage information, staff from EPA's Biological and Economic Analysis Division (BEAD) must compile and summarize label information, appropriately aggregate complex use directions, and develop associated usage statistics. The number of registered use sites for these active ingredients is extensive with more than 100 active registered products for

chlorpyrifos and diazinon. Additionally, this work would need to be completed concurrently with BEAD's existing workload to provide use and usage information supporting EPA's registration review program.

Your letter also requests to extend the consultation in accordance with 50 C.F.R.402.14(e). We agree that consultation should continue and be extended as necessary, and that any required consent from any applicants be obtained.

Sincerely,

*[signature: Brim f Anderson]*

For Marietta Echeverria
Director, Environmental Fate and Effects Division
Office of Pesticide Programs