UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST CENTER FOR
ALTERNATIVES TO PESTICIDES, *et al.*,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES
SERVICE,

Defendant.

NO. C07-1791RSL

ORDER AMENDING STIPULATED
SETTLEMENT AGREEMENT

This matter comes before the Court on the parties' cross-motions to amend a Stipulated Settlement Agreement entered by the Court on August 1, 2008, which was previously amended on May 21, 2014. Dkt. # 73 and # 74. Having reviewed the amended Settlement Agreement and the submissions of the parties, it is HEREBY ORDERED that:

Paragraph 3 of the Court's order amending the Stipulated Settlement Agreement (Dkt. # 50 at 6) is hereby amended to read, "NMFS shall finalize and publicize a biological opinion concerning the effects of Bromoxynil and Prometryn by October 31, 2021."

Dated this 26th day of July, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AMENDING STIPULATED
SETTLEMENT AGREEMENT - 1