The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| *Northwest Center for Alternatives to Pesticides, et al.*, | ) ) ) | No. 07-cv-1791-RSL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| *National Marine Fisheries Service*, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Pursuant to the Defendant's Unopposed Third Motion to Amend the Court's May 21, 2014 Stipulation and Order to Amend the Stipulated Settlement Agreement Affirmed by this Court on August 1, 2008 (Dkt. 50), and pursuant to paragraph 5 of the parties' 2008 Stipulated Settlement Agreement (Dkt. 21), and for good cause shown, it is **HEREBY ORDERED** that paragraph 4 of the Court's May 21, 2014 Stipulation and Order to Amend the Stipulated Settlement Agreement Affirmed by this Court on August 1, 2008 (Dkt. 50) is amended to read:

"4. NMFS agrees to finalize and publish a biological opinion concerning the effects of 1, 3-D and racemic metolachlor by June 30, 2021."

**IT IS SO ORDERED** on this  16th  day of October 2020.

_____
Honorable Robert S. Lasnik
United States District Court